

IN the INTEREST OF:
K.F.M.R., a Minor

1979 EDA 2016

Superior Court of Pennsylvania.

07/17/2017

CP–51–AP–0000392–2013 (Philadelphia)

Affirmed

COM.

v.

BRADLEY, R.

2219 EDA 2016

Superior Court of Pennsylvania.

07/17/2017

CP–51–CR–0006748–2010 (Philadelphia)

Affirmed

COM.

v.

TORRES, M.

2415 EDA 2016

Superior Court of Pennsylvania.

07/17/2017

CP–51–CR–0000548–2014 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

A.M.D.

v.

T.A.B.

3049 EDA 2016

Superior Court of Pennsylvania.

07/17/2017

1040–2016 Civil (Pike)

Remanded Jurisdiction Retained

COM.

v.

HOWARD, L.

3233 EDA 2016

Superior Court of Pennsylvania.

07/17/2017

CP–51–CR–0012993–2008 (Philadelphia)

Affirmed